# EXHIBIT 6

Exhibit 6 - 001

RE Senate HELP Committee Hearing

March 18, 2021

**PHIPPS REPORTING**

*Raising the Bar!*

**Exhibit 6 - 002**

March 18, 2021

RE:

Senate HELP Committee Hearing Excerpt:  Examining Our COVID-19 Response: An Update from Federal Officials

_____/

TRANSCRIPT OF VIDEO RECORDING

Senate HELP Committee Hearing Excerpt

March 18, 2021

STENOGRAPHICALLY TRANSCRIBED AUDIO RECORDING BY:
Amory Ranck, Florida Professional Reporter

Job Number 181918

March 18, 2021

Page 2

```
 1   Thereupon, the following proceeding was transcribed
 2   from an audio recording:
 3                    *   *   *   *   *
 4           SENATOR MURKOWSKI:  It's not very often
 5       that Alaska makes the news in the good news
 6       category when it comes to health and our
 7       statistics but we're number one.
 8           We have moved out earlier in terms of the
 9       vaccination of Alaskans.  Right now it's
10       18.9 percent that are fully vaccinated,
11       28 percent have received their first vaccine.
12       We have some communities that are approaching
13       90 percent vaccination.  So we're pretty proud
14       of that.  The rest of the country is looking at
15       the model as to how we were able to do it, open
16       it up to everybody over 16.
17           I think you're looking at that.  You don't
18       perhaps need to follow the model of us
19       delivering the vaccine to the clinics by way of
20       snow machine with a sled in back, but the model
21       is good and it's one that has demonstrated how
22       quickly we can move out.
23           The vaccine guidance and vaccine shots in
24       arms has given us a kind of a ray of hope here.
25       Spring is coming, vaccines are getting in arms
```

March 18, 2021

Page 3

1  and people are feeling better, but the economy
2  is still struggling and the guidance that seems
3  to be coming is not perhaps consistent with
4  what we're seeing on the ground or this is what
5  Alaskans are sharing with me.
6       We have a significant tourist industry.
7  We welcome people to come up.  We want them to
8  be safe.  We're going to encourage all of the
9  continuing protocols, but we've been struggling
10 trying to get the economy back on track when
11 60 percent of your tourists come to the State
12 of Alaska come by cruise ship, we've got a
13 conditional no sale order or conditional sale
14 order in place, effectively a no sale order.
15      Dr. Walensky, we've had an opportunity to
16 speak with folks on your team.  Alaskans aren't
17 pushing to say don't send people our way if
18 it's not safe; don't use this if it's not safe,
19 but what they are asking for is some kind of
20 guidance in terms of timeline.  It's the
21 timeline so you can know to plan.
22      Do we go ahead and -- the hundreds of
23 small businesses that are reliant on these
24 tourists coming up, do they open up or do they
25 acknowledge this is going to be the second

March 18, 2021

Page 4

1    season in a year where they will have nothing
2    and effectively nowhere to shudder their
3    operations now.
4        So when we're talking about health
5    impacts, we all want to make sure we're
6    following the guidance and science and all that
7    comes with that, but there's also this
8    recognition of the economic impact.  Certainty
9    is helpful.  We haven't had much certainty with
10   this virus and it's been challenging.
11       Can you give me any kind of guidance to
12   give Alaskans in terms of what we might be able
13   to expect with where this guidance is in the
14   process.  When you say "later", does that mean
15   at the end of 2021?  Does it mean in three
16   months?  Does it mean in one month?  What kind
17   of guidance can you provide when it comes to
18   the CDC's order as it relates to the
19   conditional sale order?
20       DR. WALENSKY:  Thank you for that
21   question.  Yeah, so first of all, I am -- I
22   understand the economic impact of the no sale
23   or -- the no sale, the conditional sale and the
24   travel.  So we don't take that lightly.
25       We have provided technical assistance on

March 18, 2021

Page 5

```
 1   the conditional sale where we've provided a
 2   four phase strategy for how we could get sale
 3   open.  We are in Phase 1 of that moving towards
 4   Phase 2.
 5          This is an inter-agency decision.  It is
 6   not a decision solely up to the CDC, so this
 7   would be -- I would be remiss if I was able to
 8   do that by myself because the decision is not
 9   solely up to us.
10          SENATOR MURKOWSKI:  The second phase,
11   going to that second phase, can you give me
12   some indicator in terms of a timeline there?
13          DR. WALENSKY:  I can't simply because I
14   don't believe it's solely in our jurisdiction
15   to address, it's not necessarily a CDC --
16          SENATOR MURKOWSKI:  So who else is -- is
17   part of the decision-making process then beyond
18   CDC?
19          DR. WALENSKY:  I believe Department of
20   Transportation, OMB, there are numerous others
21   that are making these decisions.
22          SENATOR MURKOWSKI:  I want to follow up
23   with you.  I know we have an opportunity for
24   that later and I'll look forward to that, but
25   again, you need to -- CDC's role is to work
```

March 18, 2021

Page 6

1  through the health safety, we understand and we
2  respect that, but just trying to gain some
3  sense as to timing.
4                    *   *   *   *   *
5       (Video transcription concluded.)

**Exhibit 6 - 008**

March 18, 2021

Page 7

1  CERTIFICATE OF REPORTER

2

3  STATE OF FLORIDA

4  COUNTY OF LEE

5

6  I, AMORY RANCK, Florida Professional

7  Reporter, do hereby certify that I was authorized

8  to and did stenographically transcribe the

9  foregoing audio recording and that the transcript

10  is a true record of my stenographic notes.

11

12  Dated this 23rd day of March, 2021.

13

 _____

14  AMORY RANCK, FPR

15

16

17

18

19

20

21

22

23

24

25

**Exhibit 6 - 009**

March 18, 2021                                                                                     1

| 1 | Alaskans 2:9 3:5, 16 4:12 | challenging 4:10 | Dr 3:15 4:20 5:13,19 | G |
|---|---|---|---|---|
| **1** 5:3 **16** 2:16 **18.9** 2:10 | **AMORY** 7:6,14 **approaching** 2:12 **arms** 2:24,25 **assistance** 4:25 **audio** 2:2 7:9 **authorized** 7:7 | **clinics** 2:19 **communities** 2:12 **concluded** 6:5 **conditional** 3:13 4:19,23 5:1 **consistent** 3:3 **country** 2:14 **COUNTY** 7:4 **cruise** 3:12 | **E** economic 4:8,22 economy 3:1,10 effectively 3:14 4:2 encourage 3:8 everybody 2:16 expect 4:13 | **gain** 6:2 **ground** 3:4 **guidance** 2:23 3:2,20 4:6,11, 13,17 |
| **2** | | | | **H** |
| **2** 5:4 **2021** 4:15 7:12 **23rd** 7:12 **28** 2:11 | | | | **health** 2:6 4:4 6:1 **helpful** 4:9 **hope** 2:24 **hundreds** 3:22 |
| **6** | **B** better 3:1 beyond 5:17 businesses 3:23 | | **F** feeling 3:1 first 2:11 4:21 Florida 7:3,6 folks 3:16 follow 2:18 5:22 following 2:1 4:6 foregoing 7:9 four 5:2 FPR 7:14 fully 2:10 | |
| **60** 3:11 | | | | **I** |
| **9** | | **D** Dated 7:12 decision 5:5,6,8 decision-making 5:17 decisions 5:21 delivering 2:19 demonstrated 2:21 Department 5:19 | | impact 4:8,22 impacts 4:5 indicator 5:12 industry 3:6 inter-agency 5:5 |
| **90** 2:13 | **C** category 2:6 CDC 5:6,15, 18 CDC's 4:18 5:25 certainty 4:8,9 CERTIFICATE 7:1 certify 7:7 | | | |
| **A** | | | | **J** |
| able 2:15 4:12 5:7 acknowledge 3:25 address 5:15 ahead 3:22 Alaska 2:5 3:12 | | | | jurisdiction 5:14 |

www.phippsreporting.com
(888)811-3408

**Exhibit 6 - 010**

March 18, 2021                                                                                                         2

|  |  |  |  |  |
|---|---|---|---|---|
| **L** | **O** | provide<br>  4:17<br>provided<br>  4:25  5:1<br>pushing<br>  3:17 | sale<br>  3:13,14<br>  4:19,22,<br>  23  5:1,2<br>science<br>  4:6 | statistic<br>s<br>  2:7<br>stenograp<br>hic<br>  7:10 |
| LEE<br>  7:4<br>lightly<br>  4:24 | OMB<br>  5:20<br>open<br>  2:15<br>  3:24  5:3<br>operation<br>s<br>  4:3<br>opportuni<br>ty<br>  3:15<br>  5:23 |  | season<br>  4:1<br>second<br>  3:25<br>  5:10,11<br>SENATOR<br>  2:4<br>  5:10,16,<br>  22<br>send<br>  3:17 | stenograp<br>hically<br>  7:8<br>strategy<br>  5:2<br>strugglin<br>g<br>  3:2,9 |
|  |  | **Q** |  |  |
| **M** |  | quickly<br>  2:22 |  |  |
| machine<br>  2:20<br>March<br>  7:12<br>model<br>  2:15,18,<br>  20<br>month<br>  4:16<br>months<br>  4:16<br>moved<br>  2:8<br>moving<br>  5:3<br>MURKOWSKI<br>  2:4<br>  5:10,16,<br>  22 |  | **R** |  | **T** |
|  | **P** | RANCK<br>  7:6,14<br>ray<br>  2:24<br>received<br>  2:11<br>recogniti<br>on<br>  4:8<br>record<br>  7:10<br>recording<br>  2:2  7:9<br>relates<br>  4:18<br>reliant<br>  3:23<br>remiss<br>  5:7<br>respect<br>  6:2<br>rest<br>  2:14<br>role<br>  5:25 | sense<br>  6:3<br>sharing<br>  3:5<br>ship<br>  3:12<br>shots<br>  2:23<br>shudder<br>  4:2<br>significa<br>nt<br>  3:6<br>simply<br>  5:13<br>sled<br>  2:20<br>small<br>  3:23<br>snow<br>  2:20<br>solely<br>  5:6,9,14<br>speak<br>  3:16<br>Spring<br>  2:25<br>State<br>  3:11  7:3 | team<br>  3:16<br>technical<br>  4:25<br>terms<br>  2:8  3:20<br>  4:12<br>  5:12<br>three<br>  4:15<br>timeline<br>  3:20,21<br>  5:12<br>timing<br>  6:3<br>tourist<br>  3:6<br>tourists<br>  3:11,24<br>track<br>  3:10<br>transcrib<br>e<br>  7:8<br>transcrib<br>ed<br>  2:1 |
|  | part<br>  5:17<br>percent<br>  2:10,11,<br>  13  3:11<br>phase<br>  5:2,3,4,<br>  10,11<br>place<br>  3:14<br>plan<br>  3:21<br>pretty<br>  2:13<br>proceedin<br>g<br>  2:1<br>process<br>  4:14<br>  5:17<br>Professio<br>nal<br>  7:6<br>protocols<br>  3:9<br>proud<br>  2:13 |  |  |  |
| **N** |  |  |  |  |
| necessari<br>ly<br>  5:15<br>news<br>  2:5<br>notes<br>  7:10<br>number<br>  2:7<br>numerous<br>  5:20 |  | **S** |  |  |
|  |  | safe<br>  3:8,18<br>safety<br>  6:1 |  |  |

**transcript**
  7:9
**transcription**
  6:5
**Transportation**
  5:20
**travel**
  4:24
**true**
  7:10

---

**V**

---

**vaccinated**
  2:10
**vaccination**
  2:9,13
**vaccine**
  2:11,19,23
**vaccines**
  2:25
**video**
  6:5
**virus**
  4:10

---

**W**

---

**Walensky**
  3:15
  4:20
  5:13,19
**welcome**
  3:7