UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

    v.                                  Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity; *et al.*

    *Defendants*.
_____/

## NOTICE OF SERVICE

Pursuant to Fed.R.Civ.P. 4(l), the undersigned lead attorney for the Plaintiff hereby certifies and files the following proof of service:

1) That I mailed by certified mail, returned receipt, the summons (Doc. 3) with copies of the Complaint (Doc. 1) to each of the Defendants: Xavier Becerra, Secretary of Health and Human Services, in his official capacity; Health and Human Services; Rochelle Walensky, Director of the Centers for Disease Control and Prevention, in her official capacity; Centers for Disease Control and Prevention; the United States of America.

2)    That pursuant to Fed.R.Civ.P. 4(i)(1)(B), 4(i)(2), and 28 CFR § 0.77 the U.S. Attorney General has been served via the U.S. Department of Justice,

Justice Management Division with a copy of the documents listed in paragraph one for each of the Defendants.

3) That on April 9, 2021, the United States Postal Service provided certified mail receipts to me for the six packages sent certified priority mail. The receipts are attached hereto as Exhibit A.

4) That the United States Postal Service website[1] tracking information confirms delivery of the six certified priority mail packages. The delivery confirmations are attached hereto as Exhibit B.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival* (FBN 1016188)
CHIEF DEPUTY SOLICITOR GENERAL
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

---

[1] https://tools.usps.com/go/TrackConfirmAction_input

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by US Mail to:

U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

United States Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

U.S. Health and Human Services
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201

Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Rochelle Walensky, Director
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

/s/ *James H. Percival*
James H. Percival