# **EXHIBIT 30**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                      Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity; *et al.*

   *Defendants*.
_____/

## PROPOSED ORDER

Pending before the Court is Florida's Motion for a Preliminary Injunction. ECF No. ___. After reviewing the Motion, the Response, the record, and the applicable law, the Court preliminarily enjoins Defendants from enforcing, or giving any effect to, the Conditional Sailing Order issued on October 30, 2020, by the United States Department of Health and Human Services and the Centers for Disease Control and Prevention titled "Framework for Conditional Sailing and Initial Phase COVID-19 Testing Requirements for Protection of Crew."

No security bond is required under Federal Rule of Civil Procedure 65(c).

It is SO ORDERED.

Signed this ___ day of _____, 2021.

_____
Steven D. Merryday
United States District Judge