UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| v. | ) |
| | ) |
| XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; UNITED STATES OF AMERICA, | ) Case No.: 8:21-CV-839-SDM-AAS |
| Defendants. | ) |

**STATE OF ALASKA'S LOCAL RULE 3.01(g) SUPPLEMENT TO MOTION TO INTERVENE**

Pursuant to Local Rule 3.01(g), the State of Alaska supplements its motion to intervene. Counsel for the State of Alaska conferred with Eric Beckenhauer, Assistant Director, U.S. Department of Justice, Civil Division, Federal Programs Branch, who indicated that the defendants reserve the right to oppose Alaska's motion once they have had a chance to review it.

1

Dated: April 22, 2021

Respectfully Submitted,

/s/ *Edward M. Wenger*
Edward M. Wenger
FBN 85568
Hopping Green & Sams
119 South Monroe Street
Suite 300
Tallahassee, Florida 32301
Telephone: (850) 222-7500
Facsimile: (850) 224-8551
Email:  EdW@hgslaw.com

TREG R. TAYLOR
ATTORNEY GENERAL

Jessica M. Alloway *pro hac vice*
Alaska Bar No. 1205045
Lael A. Harrison *pro hac vice*
Assistant Attorneys General
1031 West Fourth Avenue
Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: jessie.alloway@alaska.gov
          lael.harrison@alaska.gov

Attorneys for State of Alaska

## CERTIFICATE OF SERVICE

I certify that on April 22, 2021, I electronically filed this Motion for Special Admission with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the currently unrepresented defendants as follows:

Rochelle Walensky, Director
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329-4027

Xavier Becerra, Secretary
U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

U.S. Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

United States of America
c/o United States Attorney's Office
Civil Process Clerk
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602

United States of America
c/o Merrick Garland, Attorney General for the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Eric B. Beckenhauer
Assistant Director
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

/s/ Edward M. Wenger
Attorney

3