# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

    v.                            Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity; *et al.*

    *Defendants*.
_____/

## REQUEST FOR ORAL ARGUMENT

Plaintiff, State of Florida, through undersigned counsel and pursuant to M.D. Fla. L.R. 3.01(h), requests oral argument on Florida's Motion for Preliminary Injunction. In support, Florida states as follows:

1. Florida filed a Motion for Preliminary Injunction (ECF No. 9) on April 22, 2021. The same day, Florida notified Defendants of its motion by email.

2. Florida's motion challenges the implementation of actions under the Administrative Procedure Act and U.S. Constitution. Florida seeks oral argument to present to this Court the imminent likelihood of suffering irreparable harm in the absence of preliminary injunctive relief.

3. Florida estimates the total time required for the hearing will not exceed two hours.

                Respectfully submitted,

                Ashley Moody
                ATTORNEY GENERAL

                John Guard
                CHIEF DEPUTY ATTORNEY GENERAL

                James H. Percival* (FBN 1016188)
                CHIEF DEPUTY SOLICITOR GENERAL
                *Lead Counsel

                */s/ Jason H. Hilborn*
                Jason H. Hilborn (FBN 1008829)
                ASSISTANT SOLICITOR GENERAL

                Anita Patel (FBN 70214)
                SENIOR ASSISTANT ATTORNEY GENERAL

                Office of the Attorney General
                The Capitol, Pl-01
                Tallahassee, Florida 32399-1050
                (850) 414-3300
                (850) 410-2672 (fax)
                james.percival@myfloridalegal.com
                jason.hilborn@myfloridalegal.com

                *Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2021, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and all parties who have appeared electronically have been served. I also certify that a true and correct copy of the foregoing was furnished by U.S. Mail to the following defendants, who have not yet appeared:

| | |
|---|---|
| U.S. Department of Justice<br>Justice Management Division<br>950 Pennsylvania Avenue, NW<br>Room 1111<br>Washington, DC 20530 | United States Attorney's Office<br>Middle District of Florida<br>400 N. Tampa St., Suite 3200<br>Tampa, FL 33602 |
| U.S. Health and Human Services<br>General Counsel<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 | Xavier Becerra, Secretary<br>U.S. Health and Human Service<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 |
| Centers for Disease Control and<br>Prevention<br>1600 Clifton Road<br>Atlanta, GA 30329-4027 | Rochelle Walensky, Director<br>Centers for Disease Control and<br>Prevention<br>1600 Clifton Road<br>Atlanta, GA 30329-4027 |

/s/ *Jason H. Hilborn*
Jason H. Hilborn