UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                                          CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

## ORDER

On October 30, 2020, the Center for Disease Control and Prevention (CDC) issued a conditional sailing order the validity of which Florida challenges on several grounds, including that the order fails to comply with the Administrative Procedure Act.  Florida moves (Doc. 9) for a preliminary injunction.  A hearing on the motion for preliminary injunction will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, beginning on **WEDNESDAY, MAY 12, 2021, at 9:00 a.m.**  In accord with Local Rule 6.02(c), the defendants must respond to the motion (Doc. 9) for preliminary injunction no later than **MAY 5, 2021**.  Any party who will offer evidence at the hearing must file no later than **MAY 5, 2021**, a witness list and an exhibit list (any witness or exhibit not appearing on a list is in-admissible).

- 2 -

Also, Alaska moves (Doc. 8) under Rule 24, Federal Rules of Civil Procedure, to intervene. (Doc. 8 at 1–2) Alaska's updated Local Rule 3.01(g) certification explains that Alaska contacted the Department of Justice, which "indicated that the defendants reserve the right to oppose Alaska's motion once they have had a chance to review it." (Doc. 10 at 1) Any party opposing Alaska's intervention must file no later than **NOON** on **APRIL 27, 2021**, a memorandum explaining the basis for the opposition.

No later than **NOON** on **APRIL 26, 2021**, Florida must e-mail to each defendant a copy of this order and must file immediately a notice confirming transmission of the e-mail to each defendant. The clerk is directed to mail promptly to each defendant a copy of this order at each address provided in the certificate of service appended to the motion for preliminary injunction. (Doc. 9 at 27)

ORDERED in Tampa, Florida, on April 23, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE