UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                             CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

## ORDER

Explaining that the "[d]efendants have consented to the State of Alaska's participation in the [preliminary] injunction briefing as an amicus," the defendants move unopposed (Doc. 16) to extend the time within which to respond to Alaska's motion to intervene. The motion is **GRANTED**, and no later than **MAY 7, 2021**, the defendants must respond to Alaska's motion to intervene. In accord with the United States' agreement to Alaska's limited participation as an amicus, Alaska may submit a brief addressing only the preliminary injunction. Alaska must submit the amicus brief, which must not exceed twenty pages, no later than **MAY 5, 2021**. Alaska's limited amicus appearance is without prejudice to the motion to intervene.

ORDERED in Tampa, Florida, on April 26, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE