UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                    CASE NO. 8:21-cv-839-T-23AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

## ORDER

Because the plaintiff submitted an incorrect version of a declaration, the plaintiff moves unopposed (Doc. 23) to amend the motion for preliminary injunction "for the sole purpose of filing the correct declaration." The motion (Doc. 23) is **GRANTED**, and the plaintiff may submit an amended motion for preliminary injunction no later than **MAY 6, 2021**.

ORDERED in Tampa, Florida, on May 5, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE