## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STATE OF FLORIDA,

     *Plaintiff,*

     v.                             Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity; *et al.*

     *Defendants.*
_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, State of Florida, through undersigned counsel and pursuant to this Court's order dated April 22, 2021 (Doc. 11) hereby files its witness list:

1.    James Heckman, Administrator of Economic Research and Analysis at Florida Department of Economic Opportunity;

2.    Adrienne Johnston, Director of Workforce Services and Chief Economist at Florida Department of Economic Opportunity; and

3.    Daniel Fitz-Patrick, Manager of the Seaport Office, Department of Transportation.

4.    Any individual appearing on Defendants' Witness List.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival* (FBN 1016188)
CHIEF DEPUTY SOLICITOR GENERAL
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

/s/ *Anita Patel*
Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ *Anita Patel*
Anita Patel