# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff,*

v.                                      Case No. 8:21-CV-00839-SDM-AAS

XAVIER BECERRA, SECRETARY OF
HEALTH AND HUMAN SERVICES,
in his official capacity, *et al.*,

    *Defendants.*

_____

# FLORIDA'S EXHIBIT LIST FOR
# PRELIMINARY INJUNCTION HEARING

☐ Government    ☒ Plaintiff(s)    ☐ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | CLIA Study |
| 2 | | | | Federal Maritime Commission Report |
| 3 | | | | New York Times "Why U.S. Cruises Are Still Stuck in Port" |
| 4 | | | | CDC on Hotels |
| 5 | | | | CDC on Casinos |

| | | | | |
|---|---|---|---|---|
| 6 | | | | CDC on Sporting Events |
| 7 | | | | Cruise Hive "Signs That Cruises Could Start in June from the U.S." |
| 8 | | | | CDC COVID-19 and Cruise Ship Travel |
| 9 | | | | CLIA April 5 Press Statement |
| 10 | | | | Carnival President Interview |
| 11 | | | | CDC on Airlines |
| 12 | | | | CDC April 2 Guidance |
| 13 | | | | CDC Technical Instructions – Agreements with Ports and Local Authorities |
| 14 | | | | CDC Technical Instructions – Crew |
| 15 | | | | CDC Guidance on Travel for Fully Vaccinated |
| 16 | | | | CDC on How COVID Spreads |
| 17 | | | | Wall Street Journal "Cruise Ships in the CDC Dock" |

| | | | | |
|---|---|---|---|---|
| **18** | | | | White House Memo re: Major Rules |
| **19** | | | | DEO Heckman Declaration |
| **20** | | | | Port Everglades FY 2019 Report |
| **21** | | | | Port Miami 2017 Report |
| **22** | | | | JAXPORT 2019 Report |
| **23** | | | | Port Tampa Bay 2016 Report |
| **24** | | | | Port Canaveral 2018 Report |
| **25** | | | | DEO Johnston Declaration |
| **26** | | | | FDOT Fitz-Patrick Declaration |
| **27** | | | | Florida Ports Council Report on the Economic Impact of COVID |
| **28** | | | | Wall Street Journal "Cruise Industry Spars with CDC Over How to Restart Sailings" |
| **29** | | | | USA Today "Cruise ships are moving out of the US" |

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival* (FBN 1016188)
CHIEF DEPUTY SOLICITOR GENERAL
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

/s/ Anita Patel
Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ Anita Patel
Anita Patel