# EXHIBIT D

OMB Approved
Control No. 0920–1335
Exp. 05/08/2021

# Application for a CDC COVID-19 Conditional Sailing Certificate



**Eligibility:**

As a condition of applying for a COVID-19 Conditional Sailing Certificate, a cruise ship operator must verify that it has completed the previous phases and remains in compliance with the requirements of CDC's Framework for Conditional Sailing. This includes, as further described in this application:

1. Receiving a determination by CDC that a plan submitted in response to the No Sail Order and Suspension of Further Embarkation; Notice of Modification and Extension and Other Measures Related to Operations, as modified and extended, is complete and accurate, including having submitted to CDC a signed Acknowledgment of No Sail Order Response Plan Completeness and Accuracy;
2. Establishing adequate health and safety protections for crew members while building onboard laboratory capacity needed to test crew and future passengers (Phase 1);
3. Conducting laboratory testing for every crew member on a weekly basis or at other intervals as required by CDC after completing initial crew testing (Phase 2A);
4. Documenting the approval of all U.S. port and local health authorities where the ship intends to dock or make port during one or more simulated voyages or restricted passenger voyages (Phase 2A); and
5. Conducting at least one simulated voyage that insofar as practicable test the efficacy of the cruise ship operator's ability to mitigate the risks of COVID-19 onboard its cruise ship, including having submitted an after-action report to the CDC (Phase 2B).
    a) In lieu of conducting a simulated voyage, cruise ship operator responsible officials have signed and submitted to CDC an attestation under 18 U.S.C. § 1001 that 98 percent of crew are fully vaccinated and submitted to CDC a clear and specific vaccination plan and timeline to limit cruise ship sailings to 95 percent of passengers who have been verified by the cruise ship operator as fully vaccinated prior to sailing.

**Instructions:**

A cruise ship operator should submit this application and all supporting documentation at least 60 calendar days[1] prior to intending to commence restricted passenger operations. CDC will review and provide a written decision regarding the application on a timely basis.

To facilitate CDC's review, please ensure that the following materials are either included as part of this application or have been previously submitted to the CDC:

1. Statement of intent stating the name, carrying capacity for passengers and crew, itineraries, ports of call, length of voyages, and expected onboard or shoreside activities, for the cruise ship being certified for restricted passenger operations;
2. A copy of the United States Coast Guard Certificate of Inspection issued in accordance with 46 CFR § 2.01-5 that was in effect for the six months preceding this application;
3. Written agreement for all U.S. port and local health authorities where the cruise ship intends to dock or make port during a restricted passenger voyage; and
4. After-action report(s) detailing any deficiencies in health and safety protocols found or observed

---

[1] The 60-calendar day timeframe is suggested as a guideline. CDC will respond to submissions within 5 business days. CDC expects to quickly approve applications that are both complete and accurate.

# Application for a CDC COVID-19 Conditional Sailing Certificate

during at least one simulated voyage that describe how the cruise ship operator will address those deficiencies prior to commencing restricted passenger voyages.

**CDC review of this application:**

CDC will review this application and all accompanying documentation for completeness and accuracy. CDC will grant or deny this application, in whole or in part, based on its determination as to whether the cruise ship operator has met CDC's standards for mitigating the risk of COVID-19 onboard the cruise ship for which the operator intends to commence restricted passenger operations. CDC will notify the cruise ship operator of its decision in writing.

If CDC requires additional information to determine whether the cruise ship operator has met CDC's standards for mitigating the risk of COVID-19 on board cruise ships, or if it determines that the application is incomplete, it may hold the application in abeyance pending the submission of such additional information as required by CDC to make such a determination.

CDC will assess the cruise ship operator's application for a COVID-19 Conditional Sailing Certificate in regard to passenger and crew capacity, itineraries, ports of call, length of voyages, onboard or shoreside activities, or any other activity relating to passenger or crew operations. CDC will make decisions regarding these components based on scientific criteria such as vaccination coverage in travelers and U.S. communities, trajectory of the pandemic, and the cruise ship operator's continued success at mitigating COVID-19 onboard its cruise ships as demonstrated through at least one simulated voyage.

Applications that are denied in their entirety may be appealed administratively to the CDC Director. CDC will provide additional information regarding how to submit an appeal if it decides to deny an application in its entirety.

**Amendments and modifications:**

A cruise ship operator may seek to amend or modify a COVID-19 Conditional Sailing Certificate by submitting a proposed amendment or modification to CDC for review and determination. CDC will review the cruise ship operator's request to amend or modify a COVID-19 Conditional Sailing Certificate and either grant or deny the request in writing.

If CDC requires additional information to ascertain whether the cruise ship operator's proposed amendment or modification meets CDC's standards for mitigating the risk of COVID-19 on board cruise ships, or if it determines the request to be incomplete, it may hold the request in abeyance pending the submission of such additional information as required by CDC to make such a determination.

CDC may require or allow a cruise ship operator to amend or modify its COVID-19 Conditional Sailing Certificate after one has been issued based on public health considerations specific to the cruise ship, cruise ship operator, or affecting the health or safety of cruise travel as a whole. Such public health considerations may include improved vaccination coverage in travelers and U.S. communities, trajectory of the pandemic, and the cruise ship operator's continued success at mitigating COVID-19 onboard its cruise ship.

Denials of requests to amend or modify a COVID-19 Conditional Sailing Certificate may be appealed administratively to the CDC Director. CDC will provide additional information regarding how to submit an appeal if it denies a cruise ship operator's request to amend or modify a COVID-19 Conditional Sailing Certificate.

# Application for a CDC COVID-19 Conditional Sailing Certificate

**Revocation or suspension:**

CDC may deny an application for a COVID-19 Conditional Sailing Certificate, or revoke or suspend a COVID-19 Conditional Sailing Certificate after one has been issued if:

1. The cruise ship operator is not in compliance with CDC's standards for mitigating the risk of COVID-19 on board cruise ships; or
2. The cruise ship operator is not in compliance with the terms of its COVID-19 Conditional Sailing Certificate; or
3. Necessary to protect human health or safety based on public health considerations specific to the particular cruise ship operator, cruise ship, or those that affect cruise travel as a whole.

**Reinstatement:**

CDC may reinstate a suspended or revoked COVID-19 Conditional Sailing Certificate after:
1. Inspecting the cruise ship operator's properties and records, including, but not limited to, its ships, facilities, vehicles, equipment, communications, manifests, and employee and passenger health records;
2. Conferring with the cruise ship operator, its responsible officials, or other persons under the cruise ship operator's employ or acting on behalf of the cruise ship operator; and
3. Receiving information and written assurances from the cruise ship operator and/or its responsible officials that any deficiencies have been rectified and actions taken to ensure future compliance.

## CDC COVID-19 Conditional Sailing Certificate Requirements

| Cruise Ship Operator and Ship Information |
|---|
| Name of Cruise Ship Operator: |
| Name of Cruise Ship Parent Company: |
| Name of Cruise Ship: |
| **Verification of Eligibility** |
| Date of signed acknowledgement of No Sail Order Response Plan Completeness and Accuracy: |
| Effective date(s) of agreement with all U.S. port and local health authorities: |
| Date(s) of simulated voyage(s): |
| Date(s) "after-action" report(s) was/were submitted to CDC for each simulated voyage: |
| Date(s) attestation and vaccination plan and timeline were submitted to CDC in lieu of a simulated voyage: |
| **Proposed Restricted Voyages** |

# Application for a CDC COVID-19 Conditional Sailing Certificate

| |
|---|
| Date cruise ship operator intends to commence restricted passenger operations: |
| Proposed carrying capacity for passengers and crew: |
| Proposed length of voyage(s): |
| Proposed itineraries (attach additional sheets as needed): |
| Proposed ports of call (attach additional sheets as needed): |
| Proposed onboard activities (attach additional sheets as needed): |
| Proposed shoreside activities (attach additional sheets as needed): |

# CDC COVID-19 Conditional Sailing Certificate Application

## Responsible Officials Information

The Chief Executive Officer (or equivalent), Chief Compliance Officer (or equivalent), and the highest-ranking Medical Officer, of the cruise ship's operating company and all parent companies must provide their contact information and signatures below.

### Operating Company

#### Chief Executive Officer (or Equivalent) of Operating Company

Last name:                First name:                Middle initial:

Title:

Telephone number:              Email:

Address:

#### Chief Compliance Officer (or Equivalent) of Operating Company

Last name:                First name:                Middle initial:

Title:

Telephone number:              Email:

Address:

#### Highest-Ranking Medical Officer of Operating Company

Last name:                First name:                Middle initial:

Title:

Telephone number:              Email:

Address:

### Parent Company

#### Chief Executive Officer (or Equivalent) of Parent Company

Last name:                First name:                Middle initial:

Title:

Telephone number:              Email:

Address:

#### Chief Compliance Officer (or Equivalent) of Parent Company

# CDC COVID-19 Conditional Sailing Certificate Application

| Last name: | First name: | Middle initial: |
|---|---|---|
| Title: | | |
| Telephone number: | Email: | |
| Address: | | |

**Highest-Ranking Medical Officer of Parent Company**

| Last name: | First name: | Middle initial |
|---|---|---|
| Title: | | |
| Telephone number: | Email: | |
| Address: | | |

## Conditional Sailing Certificate Requirements

The Cruise Ship Operator must meet the requirements in this application prior to receiving permission to commence restricted passenger operations. These requirements apply as a condition of obtaining or retaining a COVID-19 Conditional Sailing Certificate and apply to any cruise ship operating in U.S. waters and to cruise ships operating outside of U.S. waters if the cruise ship operator intends for the ship to return to operating in U.S. waters under a COVID-19 Conditional Sailing Certificate at any time while these requirements remain in effect.

| | | |
|---|---|---|
| 1. | ☐ | The cruise ship operator submitted a complete statement of intent stating the name, carrying capacity for passengers and crew, itineraries, ports of call, length of voyages, and expected onboard or shoreside activities, for the cruise ship that I intend to have certified for restricted passenger operations. |
| 2. | ☐ | Documentation includes a copy of the United States Coast Guard Certificate of Inspection issued in accordance with 46 CFR § 2.01-5 that was in effect for the six months preceding this application. |

## General CSO Requirements

| | | |
|---|---|---|
| 3. | ☐ | Cruise ship operator submitted a response plan under the No Sail Order that is complete and accurate, including a signed Acknowledgement form. |
| 4. | ☐ | Cruise ship operator submits the daily Enhanced Data Collection (EDC) During COVID-19 Pandemic form to CDC. |

## Phase 1 Requirements

| | | |
|---|---|---|
| 5. | ☐ | All crew were tested for COVID-19 via molecular tests approved for use by the FDA in a CLIA-certified lab approved by CDC. |
| 6. | ☐ | The cruise ship developed onboard COVID-19 diagnostic testing capabilities for symptomatic travelers and their close contacts. Ship medical staff are competent in specimen collection and testing. |
| 7. | ☐ | All land-based newly embarking crew are tested via molecular tests in a CLIA-certified lab. Specimens are collected on the day of embarkation and crew immediately begin a 14-day quarantine. |

# CDC COVID-19 Conditional Sailing Certificate Application

| | | |
|---|---|---|
| 8. | ☐ | The cruise ship has continued to follow their COVID-19 response plans developed under CDC's No Sail Order. |
| **Phase 2A Requirements** | | |
| 9. | | The cruise ship operator has a written agreement with all U.S. port and local health authorities where the cruise ship intends to dock or make port during a restricted passenger voyage. The written agreement specifically includes the name of the cruise ship listed in this application and meets the standards of the CSO and CDC's technical instructions for Phase 2A of CDC's CSO. The written agreement includes: |
| | ☐ | a) Port component (including a vaccination component) between the cruise ship operator and port authority to determine the number of cruise ships operating out of any single port to not overburden the public health response resources of any single jurisdiction in the event of a COVID-19 outbreak; |
| | ☐ | i. Include in this application the current status of the cruise ship operator's proposals regarding how it intends to incorporate vaccination strategies to maximally protect passengers and crew from introduction, amplification, and spread of COVID-19 in the maritime environment and land-based communities. |
| | ☐ | b) Medical care component between the cruise ship operator and health care entities, addressing evacuation and medical transport to onshore hospitals for passengers and crew in need of medical care, in accordance with CDC technical instructions and orders; and |
| | ☐ | c) Housing component between the cruise ship operator and one or more shoreside facilities for isolation and quarantine of passengers or crew members with COVID-19 and close contacts, identified from the day of embarkation through disembarkation for each voyage. |
| | ☐ | d) Any amendments or modifications to this written agreement have been notified and submitted to the CDC. |
| **Phase 2B Requirements** | | |
| 10. | | At least simulated voyage was designed and conducted insofar as practicable to test the efficacy of the cruise ship operator's ability to mitigate the risk of COVID-19 onboard the cruise ship. The following activities were at a minimum simulated onboard the ship: |
| | ☐ | a) Embarkation and disembarkation procedures, as approved by U.S. port and local health authorities as per the terms of the cruise ship operator's Phase 2A agreements, including procedures for terminal check-in. |
| | ☐ | b) Onboard activities, including seating and meal service at dining and entertainment venues. |
| | ☐ | c) Evacuation procedures. |
| | ☐ | d) Transfer of symptomatic passengers or crew, or those who test positive for SARS-CoV-2, from cabins to isolation rooms. |
| | ☐ | e) Onboard and shoreside isolation and quarantine of passengers and non-essential crew, as per the terms of the cruise ship operator's Phase 2A agreements. |

# CDC COVID-19 Conditional Sailing Certificate Application

| | | | |
|---|---|---|---|
| | ☐ | f) | Recreational activities that the cruise ship operator intends to offer as part of any restricted passenger voyages, e.g., casinos, spa services, fitness classes, gymnasiums. |
| | ☐ | g) | Private-island shore excursions if any are planned during restricted passenger voyages. |
| | ☐ | h) | Port of call shore excursions if any are planned during restricted passenger voyages. |
| 11. | | During the simulated voyage, the following laboratory testing was conducted: | |
| | ☐ | a) | Day of embarkation |
| | ☐ | b) | Day of disembarkation |
| | ☐ | c) | Symptomatic travelers and close contacts |
| | ☐ | d) | At least 75% of all passengers provided their post disembarkation specimens for laboratory testing and these results were submitted to the CDC |
| 12. | ☐ | Cruise ship operator submitted an after-action report detailing any deficiencies in its health and safety protocols and addressed how the cruise ship operator intends to address those deficiencies prior to commencing restricted passenger voyages. | |

**Phase 2B Vaccination in Lieu of Simulated Voyage Requirements**

| | | |
|---|---|---|
| 13. | ☐ | In lieu of conducting a simulated voyage, cruise ship operator responsible officials have signed and submitted to CDC an attestation under 18 U.S.C. § 1001 that 98 percent of crew are fully vaccinated and submitted to CDC a clear and specific vaccination plan and timeline to limit cruise ship sailings to 95 percent of passengers who have been verified by the cruise ship operator as fully vaccinated prior to sailing. |

**Phase 4 Acknowledgments**

| | | | |
|---|---|---|---|
| | | The cruise ship operator agrees to continue the following activities: | |
| | ☐ | a) | Submit the daily Enhanced Data Collection (EDC) During COVID-19 Pandemic form to CDC. |
| | ☐ | b) | Adhere to requirements in CDC's Technical Instructions for Mitigation of COVID-19 Among Cruise Ship Crew |
| 14. | ☐ | c) | Adhere to requirements in CDC's COVID-19 Operations Manual for Simulated and Restricted Voyages under the Framework for Conditional Sailing Order. |
| | ☐ | d) | Adhere to the written agreements of all U.S. port and local health authorities where the cruise ship intends to dock or make port during a restricted passenger voyage. |
| | ☐ | e) | Adhere to the cruise ship operator's health and safety protocols, the efficacy of which were tested as part of a previous Phase 2B simulated voyage. |

**Certification and Signatures**

I certify under 18 U.S.C. § 1001, that I am submitting this form as part of an application to obtain permission to commence cruise ship passenger operations in U.S. waters and that the statements

## CDC COVID-19 Conditional Sailing Certificate Application

contained herein are true and correct to the best of my knowledge and belief.

I acknowledge that any false or misleading statements or omissions may endanger health and safety, including but not limited to the loss of lives and other irreparable harm. Therefore, false, or misleading statements or omissions may result in criminal and civil actions for fines, penalties, damages, and imprisonment.

### Chief Executive Officer (or Equivalent) of Operating Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

### Chief Compliance Officer (or Equivalent) of Operating Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

### Highest-Ranking Medical Officer of Operating Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

### Chief Executive Officer (or Equivalent) of Parent Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

### Chief Compliance Officer (or Equivalent) of Parent Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

### Highest-Ranking Medical Officer of Parent Company

| Last name: | First name: | Middle initial: |
|---|---|---|
| Signature: | | Date: |

*For official use only:*