# EXHIBIT E

**Proposed Vaccination Goals in support of Cruise Resumption (April 26, 2021)**

### Purpose

The technical guidance for Phase 2A under the Conditional Sailing order requires " a plan and timeline for vaccination of cruise ship crew prior to resuming passenger operations."  The guidance also requires "presentation of proposals…to incorporate vaccination strategies to maximally protect passengers…and land-based communities."  The following is a high level, proposed approach to addressing these requirements.  Industry believes that this approach will significantly reduce risk of COVID-19 transmission, allow for easier modifications of requirements in the CSO that are predicated on pre-vaccine conditions, and would facilitate cruise resumption in the U.S. by Summer 2021.

### Guest Vaccinations

We are recommending all guests over the age of 18 be fully vaccinated before sailing. Based upon current market surveys, we believe that the vast majority of our guest bookings will be fully vaccinated before sailing.  Children under the age of 18 will be subject to testing protocols.  We recognize that a percentage of our guests may be unwilling to accept vaccine for various reasons.

### Crew Vaccinations

We are committed to supporting the ability for all of our crewmembers to be vaccinated for cruises as they restart in the United States.  We plan on using FDA/WHO approved vaccines.  We are advising all crew to receive the vaccine in their home country as guided by their national health department.  Any crew member who receives a non FDA/WHO approved vaccine will be regarded as non vaccinated and will be offered the approved vaccine once guidelines from the CDC are available.

Our intention is for all of our crew to be vaccinated.  We recognize that a small percentage of crew may be unwilling to be vaccinated for various reasons such as medical or religious reasons, but we are committed to not sailing a vessel commercially out of the US unless at least 90% of our crew working on that vessel are vaccinated.  Further, the cruise lines agree to institute strict antigen surveillance testing every three days for any unvaccinated crew members.  Each ship will have a vaccination plan, tracking vaccine type, date of inoculation and will maintain all records associated with the crew vaccinations.

### Conditions to the above

This crew commitment is dependent upon access to FDA/WHO vaccines which are not currently available commercially to cruise lines and for which government support is required.  The cruise lines are in discussion with several Governors' offices in states in which vessels plan to operate, for such states to provide the necessary supply of surplus vaccine, and are working to arrange a mutually agreed path forward.  Cruise lines will offer to pay for all vaccine and administration thereof at commercial rates.  The foregoing will require the full support of the CDC, Department of Health and Human Services and the other representative agencies of this inter-agency working group.

This proposal is also on the basis that this commitment will be accompanied by (i) the significant relaxation of requirements contained within the CSO that are inconsistent with a largely vaccinated population, and (ii) the acceleration of timelines, streamlining of administrative steps and elimination of CDC stage-gating approvals, all to enable initial restart of commercial cruise operations by 4 July 2021.