UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff

v.

XAVIER BECERRA, Secretary of the Dep't of Health and Human Services, et al.,

    Defendant.

Case No. 8:21-cv-839-SDM-AAS

## DEFENDANTS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING

Pursuant to the Order dated April 23, 2021, ECF No. 12, Defendants submit this Exhibit List. Defendants do not intend to offer any live witness testimony at this hearing, and will instead rely on the filed declaration and exhibits identified below at this stage of the proceedings. *See Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (court may rely on affidavit or hearsay at preliminary injunction hearing, if the evidence is appropriate given the character and objectives of the injunctive proceeding).

☒ Government    ☐ Plaintiff(s)    ☐ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Declaration of Capt. Aimee Treffiletti, ECF No. 31-1 |

1

| | | | | |
|---|---|---|---|---|
| 2 | | | | Exhibit A to Treffiletti Decl. (selected comments, also available at regulations.gov) |
| 3 | | | | Exhibit B to Treffiletti Decl. (April 28, 2021 Letter) |
| 4 | | | | Exhibit C to Treffiletti Decl. (Technical Instructions & Operations Manual) |
| 5 | | | | Exhibit D to Treffiletti Decl. (Application for a Conditional Sailing Certificate) |
| 6 | | | | Exhibit E to Treffiletti Decl. (Vaccination Statement) |
| 7 | | | | Orlando Sentinel, DeSantis' ban of vaccine passports could lead to showdown with businesses in Florida, available at https://www.orlandosentinel.com/politics/os-ne-prem-ne-vaccination-passports-florida-20210415-p5ih3mwtjrervlnnufbe3mijgi-story.html (April 15, 2021). |
| 8 | | | | CLIA, Cruise Industry COVID-19 Facts and Resources, available at https://cruising.org/en/cruise-industry-covid-19-facts-and-resources. |
| 9 | | | | Governor Ron DeSantis Announces His "Florida Leads" Budget Proposal for FY 2021-2022, https://www.flgov.com/2021/01/28/governor-ron-desantis-announces-his-florida-leads-budget-proposal-for-fy-2021-2022/ |
| 10 | | | | CDC, Covid-19 and Cruise Ship Travel, Level 4 Travel Notice, https://wwwnc.cdc.gov/travel/notices/covid-4/coronavirus-cruise-ship |
| 11 | | | | Transport Canada, Government of Canada announces one-year ban for pleasure craft and cruise vessels (Feb. 4, 2021), https://www.canada.ca/en/transport-canada/news/2021/02/government-of-canada-announces-one-year-ban-for-pleasure-craft-and-cruise-vessels.html. |

Dated: May 5, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Federal Programs Branch, Civil Division

*s/ Amy E. Powell*
Amy Elizabeth Powell
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov