UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

    v.                                      Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity; *et al.*

    *Defendants*.

_____/

**<u>NOTICE OF AGREEMENT BETWEEN THE PARTIES</u>**

Plaintiff, State of Florida, through the undersigned counsel, gives notice of the following agreement with Defendants, which was reached for the convenience of the parties and the Court. At the preliminary injunction hearing scheduled for May 12, 2021, both sides intend to rely on the declarations attached as exhibits to their preliminary injunction briefs. They further agree that neither side will offer live testimony.

                                              Respectfully submitted,

                                              Ashley Moody
                                              ATTORNEY GENERAL

                                              John Guard (FBN 374600)
                                              CHIEF DEPUTY ATTORNEY GENERAL

                                              James H. Percival* (FBN 1016188)
                                              CHIEF DEPUTY SOLICITOR GENERAL
                                              *Lead Counsel

/s/ *Anita Patel*
Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Jason H. Hilborn (FBN 1008829)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ *Anita Patel*
Anita Patel