IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 8:21-cv-00839-SDM-AAS |

## MOTION TO STAY

Last week the CDC issued a "dear colleague" letter to the cruise industry, and yesterday posted substantial additional material on its website, giving new guidance regarding the Conditional Sailing Order. Alaska intends to move to amend its motion to intervene and proposed complaint in light of the new guidance. Some of this guidance addresses issues unique to Alaska, such as port agreements with small communities. The State of Alaska therefore moves to stay briefing on its motion to intervene for a period of two

1

weeks until Friday, May 21.  As part of the Stay, Alaska respectfully requests that this Court vacate the defendants' deadline of May 7th to oppose Alaska's Motion to Intervene and that this Court set a new deadline for opposition after the filing of an amended motion to intervene.

Counsel for the State of Alaska has consulted with counsel for both plaintiffs and defendants and neither opposes this motion.

DATED: 5/7/2021

        TREG R. TAYLOR
        ATTORNEY GENERAL

By:   */s/Jessica M Alloway*
      Jessica M. Alloway
      Assistant Attorney General
      Alaska Bar No. 1205045
      *(Pro Hac Vice)*

By:   /s/ *Lael A. Harrison*
      Lael A. Harrison
      Assistant Attorney General
      Alaska Bar No. 0811093
      *(Pro Hac Vice)*
      1031 West Fourth Avenue, Suite 200
      Anchorage, AK 99501
      Telephone: (907) 269-5275
      Facsimile: (907) 276-3697
      Email: jessie.alloway@alaska.gov
      Email: lael.harrison@alaska.gov

      Mohammad O. Jazil (FBN 72556)
      mjazil@hgslaw.com
      Edward M. Wenger (FBN 85568)
      edw@hgslaw.com
      HOPPING GREEN & SAMS, P.A.

119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551

*Attorneys for the State of Alaska*

## CERTIFICATE OF SERVICE

I certify that on 7th day of May, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

*/s/ Jessica M. Alloway*
Jessica M. Alloway