IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br>   *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; The UNITED STATES OF AMERICA,<br>   *Defendants*. | Civil Action No. 8:21-CV-00839 |

**UNOPPOSED MOTION TO ATTEND REMOTELY**

1. The State of Texas (Texas) filed a motion to intervene on May 5, 2021.

2. Counsel for the State of Texas, Ryan Kercher and Kimberly Fuchs (admitted *pro hac vice*), respectfully request that they be granted leave to attend the Preliminary Injunction hearing scheduled for May 12, 2021 remotely, by whatever telephonic or video conference method is most convenient for the Court. Counsel further request that Grant Dorfman, Deputy First Assistant Attorney General for the State of Texas, also be granted leave to attend the hearing remotely.

3. Mr. Dorfman, Mr. Kercher, and Ms. Fuchs all reside in Austin, Texas.

4. Although Texas' Motion to Intervene is still pending, Texas' interests will be affected by this hearing. Counsel for Texas intends to observe the hearing only.

5. Counsel for Plaintiff, Defendants, and proposed intervenor State of Alaska are all unopposed to this motion.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN E. COWLES
        Deputy Attorney General for Civil Litigation

        THOMAS ALBRIGHT
        Chief, General Litigation Division

        /s/ *Ryan G. Kercher*
        RYAN G. KERCHER *Pro Hac Vice*
        Texas State Bar No. 24060998
        Assistant Attorney General
        General Litigation Division
        Ryan.Kercher@oag.texas.gov
        Telephone:   (512) 463-2120
        Facsimile:   (512) 320-0667

        KIMBERLY FUCHS *Pro Hac Vice*
        Texas State Bar No. 24044140
        Assistant Attorney General
        Administrative Law Division
        Kimberly.Fuchs@oag.texas.gov
        Telephone:   (512) 475-4195

      Facsimile:    (512) 320-0167

      OFFICE OF THE ATTORNEY GENERAL OF TEXAS
      P.O. Box 12548, Capitol Station
      Austin, Texas 78711-2548

      DAVID S. HARVEY, JR.
      Florida Bar Number: 0984043
      401 East Jackson Street, Suite 3400
      Tampa, Florida 33602
      david.harvey@lewisbrisbois.com
      Telephone:   (813) 739-1900
      Facsimile:    (813) 739-1919

      ATTORNEYS FOR THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I certify that on May 10, 2021, I electronically filed this Unopposed Motion to Attend Remotely with the Clerk of Court by using the CM/ECF system, which provides notice to all parties.

                                      /s/ *Kimberly Fuchs*
                                      KIMBERLY FUCHS