UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.

XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES, ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; The UNITED STATES OF AMERICA, et al.

    Defendants.
_____/

Case No. 8:21-cv-839-SDM-AAS

## UNOPPOSED MOTION FOR SPECIAL ADMISSION, WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2.01(c) of the Local Rules of the United States District Court for the Middle District of Florida, proposed amicus curiae the American Society of Travel Advisors ("ASTA"), by and through its undersigned attorneys, respectfully moves this Court for an order permitting Peter N. Lobasso to appear in this Court as co-counsel on behalf of ASTA, and in support states as follows:

1.    Mr. Lobasso is the Senior Vice President and General Counsel of the American Society of Travel Advisors, Inc. ("ASTA"), 675 N. Washington Street, Suite 490, Alexandria, VA 22314 (Telephone: 703-739-6854).

2.    Mr. Lobasso is assigned, along with co-counsel, to provide ASTA with legal representation in connection with this matter.

3. Per Local Rule 2.01(c)(1), Mr. Lobasso is not a Florida resident and is not a member in good standing of the Florida Bar. He is a resident of Virginia.

4. Per Local Rule 2.01(c)(2), Mr. Lobasso is a member in good standing of the State Bars of New York, Virginia, the District of Columbia, and the United States District Court for the Eastern and Southern Districts of New York.

5. Mr. Lobasso has never been disciplined, reprimanded, suspended, or otherwise sanctioned by any court.

6. Per Local Rule 2.01(c)(2), Mr. Lobasso does not maintain a regular practice of law in Florida and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

7. Per Local Rule 2.01(c)(4), Mr. Lobasso has not appeared in any state or federal court in Florida in the last thirty-six months.

8. Per Local Rule 2.01(c)(5), Mr. Lobasso hereby declares under penalty of perjury that he satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a period fee because he:

   a. Is familiar with 28 U.S.C. § 1927 (Rule 2.01(b)(1)(C))
   b. Will comply with the federal rules and these local rules (Rule 2.01(b)(1)(D))
   c. Affirms the oath (Rule 2.01(b)(1)(E)):

      I do solemnly swear that as an attorney and as a counselor of this court I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States.

   d. Will register with the Middle District's CM/ECF System immediately upon the granting of this request (Rule 2.01(b)(1)(G)).

9. Per Local Rule 2.01(e), so long as he is appearing in the Middle District of Florida, Mr. Lobasso will remain familiar with, and acknowledges that he is bound by, the rules governing the professional conduct of a member of the Florida Bar.

10. Mr. Lobasso designates Eric J. Stockel, Esq. and the law firm of Schouest, Bamdas, Soshea & BenMaier, PLLC, 750 Park of Commerce Boulevard, Suite 301, Boca Raton, Florida 33487, as the lawyer and law firm upon whom all notices and papers in this case may be served, and who has entered his notice of appearance in this action and agrees to be responsible for the progress of this case, including the trial, in default of the undersigned. Eric J. Stockel, Esq., is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and maintains an office in this state for the practice of law. Through his signature affixed below, Eric J. Stockel, Esq., on behalf of himself and his firm, consents to such designation and the terms of this Motion.

11. Mr. Lobasso, along with undersigned local counsel, hereby requests that the Court provide Notice of Electronic Filings to him at the following email address: plobasso@asta.org.

**WHEREFORE,** Proposed amicus curiae requests this Court (a) enter an Order authorizing Mr. Lobasso's admission *pro hac vice* to practice and represent ASTA in this case and any related proceedings; and (b) direct the Clerk of this Court to provide notice of Electronic Filings to Mr. Lobasso at his email address: plobasso@asta,org.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with counsel for the all interested parties, all of whom indicated they do not object to this Motion for Special Admission.

*State of Florida v. Becerra, et al.*
*Case No. 8:21-cv-839-SDM-AAS*
*Page | 4*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May 2021, the foregoing document was filed via electronic filing using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants and via electronic mail on all counsel or parties of record on the attached Service List.

Respectfully submitted,

By: */S/ Eric J. Stockel*

**ERIC J. STOCKEL, ESQUIRE**
Florida Bar No. 188905
EStockel@sbsblaw.com
**SCHOUEST, BAMDAS, SOSHEA & BENMAIER, PLLC**
*Local Counsel for ASTA*
750 Park of Commerce Boulevard
Suite 301
Boca Raton, FL 33487
(561) 990-1699 – Phone
(561) 283-3383 – Facsimile

- and -

**PETER. N. LOBASSO, ESQUIRE** (*pro hac vice pending*)
Virginia Bar No. 66348
plobasso@asta.org
**American Society of Travel Advisors, Inc.**
675 N. Washington Street, Suite 490
Alexandria, VA 22314
Telephone: (703) 739-6854
Facsimile: (703) 684-8319

## SERVICE LIST

**United States District Court for the Middle District of Florida**

*State of Florida v. Becerra, et al.*

*Case No. 8:21-cv-839-SDM-AAS*

**James Hamilton Percival, II, Esq.**
**Anita J. Patel, Esq.**
**Jason H. Hilborn, Esq**.
Office of the Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
Emails: James.percival@myfloridalegal.com, Anita.Patel@myfloridalegal.com, and jason.hilborn@myfloridalegal.com

*Attorneys for Plaintiff State of Florida*

**David S. Harvey , Jr., Esq.**
Lewis Brisbois Bisgaard & Smith
401 E. Jackson Street Suite 3400
Tampa, FL 33602
Email: david.harvey@lewisbrisbois.com

**Kimberly Fuchs**
Office of the Attorney General of Texas
Administrative Law Division
300 W. 15th Street
Austin, TX 78701
Email: kimberly.fuchs@oag.texas.gov

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, Capital Station (MC 019)
Austin, TX 78711
Email: ryan.kercher@oag.texas.gov

**Amy Powell, Esq.**
DOJ-Civ
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Email: amy.powell@usdoj.gov, eric.beckenhauer@usdoj.gov and liam.c.holland@usdoj.gov

*Attorney for Defendants Xavier Becerra, Department of Health and Human Services, Rochelle Walensky, Centers for Disease Control and Prevention and United States of America*

**Edward Wenger, Esq.**
Hopping, Green & Sams
119 S. Monroe St., Suite 300
Tallahassee, FL 32301-1591
Email: edw@hgslaw.com

**Jessica M. Alloway, Esq.**
State of Alaska
1031 W. 4th Avenue, Ste 200
Anchorage, AK 99501
Email: jessie.alloway@alaska.gov

**Lael A. Harrison, Esq.**
State of Alaska
P.O. Box 110300
Juneau, AK 99811
Email: lael.harrison@alaska.gov

*Attorneys for Intervenor State of Alaska*

*Attorneys for Intervenor State of Texas*

**Marc S. Young, Esq.**
PO Box 1693
Sealy, TX 77474

*Pro se*