# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:21-cv-839-SDM-AAS | **DATE:** May 12, 2021 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM:** 15A |
| **STATE OF FLORIDA,**<br><br>**Plaintiff,**<br>v.<br><br>**XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; The UNITED STATES OF AMERICA,**<br><br>**Defendants.** | **PLAINTIFFS' COUNSEL**<br>James Percival<br>Anita Patel<br>Jason Hilborn<br>John Guard<br><br><br>**DEFENSE COUNSEL**<br>Amy Powell |
| **COURT REPORTER:** Shayna Montgomery | **DEPUTY CLERK:** Kathy Rodriguez |
| **TIME:** 9:03 a.m.–10:15 a.m.<br>10:42 a.m.–12:12 p.m.<br>2:04 p.m.–3:11 p.m. | **TOTAL:** 3 hours, 49 minutes |

**PROCEEDINGS:** HEARING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. 9)

- Court in session.

- All parties are present in the courtroom and identified for the record.

- Plaintiff moves for all exhibits for plaintiff and defendant to be admitted.
- Court receives both parties' exhibits for the purposes of this hearing.
- Oral argument present on behalf of the Plaintiff.
- Court takes a recess.
- Oral argument present on behalf of the Defendants.
- Court breaks for lunch.
- Oral argument continued on behalf of the Defendants.
- Response by the Plaintiff and Defendants.
- The Court takes the matter under advisement.
- Hearing concluded.