# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.    Case No. 8:21-CV-00839-SDM-AAS

XAVIER BECERRA, SECRETARY OF
HEALTH AND HUMAN SERVICES,
in his official capacity, *et al.*,

    *Defendants*.

_____

# FLORIDA'S EXHIBIT LIST FOR
# PRELIMINARY INJUNCTION HEARING

☐ Government  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 5/12/2021 | 5/12/2021 | Stipulated | CLIA Study |
| 2 | 5/12/2021 | 5/12/2021 | Stipulated | Federal Maritime Commission Report |
| 3 | 5/12/2021 | 5/12/2021 | Stipulated | New York Times "Why U.S. Cruises Are Still Stuck in Port" |
| 4 | 5/12/2021 | 5/12/2021 | Stipulated | CDC on Hotels |
| 5 | 5/12/2021 | 5/12/2021 | Stipulated | CDC on Casinos |

| | | | | |
|---|---|---|---|---|
| **6** | 5/12/2021 | 5/12/2021 | Stipulated | CDC on Sporting Events |
| **7** | 5/12/2021 | 5/12/2021 | Stipulated | Cruise Hive "Signs That Cruises Could Start in June from the U.S." |
| **8** | 5/12/2021 | 5/12/2021 | Stipulated | CDC COVID-19 and Cruise Ship Travel |
| **9** | 5/12/2021 | 5/12/2021 | Stipulated | CLIA April 5 Press Statement |
| **10** | 5/12/2021 | 5/12/2021 | Stipulated | Carnival President Interview |
| **11** | 5/12/2021 | 5/12/2021 | Stipulated | CDC on Airlines |
| **12** | 5/12/2021 | 5/12/2021 | Stipulated | CDC April 2 Guidance |
| **13** | 5/12/2021 | 5/12/2021 | Stipulated | CDC Technical Instructions – Agreements with Ports and Local Authorities |
| **14** | 5/12/2021 | 5/12/2021 | Stipulated | CDC Technical Instructions – Crew |
| **15** | 5/12/2021 | 5/12/2021 | Stipulated | CDC Guidance on Travel for Fully Vaccinated |
| **16** | 5/12/2021 | 5/12/2021 | Stipulated | CDC on How COVID Spreads |
| **17** | 5/12/2021 | 5/12/2021 | Stipulated | Wall Street Journal "Cruise Ships in the CDC Dock" |

| 18 | 5/12/2021 | 5/12/2021 | Stipulated | White House Memo re: Major Rules |
| --- | --- | --- | --- | --- |
| 19 | 5/12/2021 | 5/12/2021 | Stipulated | DEO Heckman Declaration |
| 20 | 5/12/2021 | 5/12/2021 | Stipulated | Port Everglades FY 2019 Report |
| 21 | 5/12/2021 | 5/12/2021 | Stipulated | Port Miami 2017 Report |
| 22 | 5/12/2021 | 5/12/2021 | Stipulated | JAXPORT 2019 Report |
| 23 | 5/12/2021 | 5/12/2021 | Stipulated | Port Tampa Bay 2016 Report |
| 24 | 5/12/2021 | 5/12/2021 | Stipulated | Port Canaveral 2018 Report |
| 25 | 5/12/2021 | 5/12/2021 | Stipulated | DEO Johnston Declaration |
| 26 | 5/12/2021 | 5/12/2021 | Stipulated | FDOT Fitz-Patrick Declaration |
| 27 | 5/12/2021 | 5/12/2021 | Stipulated | Florida Ports Council Report on the Economic Impact of COVID |
| 28 | 5/12/2021 | 5/12/2021 | Stipulated | Wall Street Journal "Cruise Industry Spars with CDC Over How to Restart Sailings" |
| 29 | 5/12/2021 | 5/12/2021 | Stipulated | USA Today "Cruise ships are moving out of the US" |