UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                          CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

    Until the conclusion of the national emergency declared by President Trump in Proclamation No. 9994, 85 F.R. 15337, on March 13, 2020, a mediation participant, with the mediator's approval, can satisfy the attendance requirement of both the Local Rules and the mediation order by participating by video conference in the mediation. However, participation by telephone will not satisfy the personal attendance requirement unless in the discretion of the mediator participation by video is infeasible due to circumstances beyond the control of the parties and their counsel.

    ORDERED in Tampa, Florida, on May 18, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE