UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                                                  CASE NO. 8:21-cv-839-T-23AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

### ORDER

The American Society of Travel Advisors' (ASTA) motion (Doc. 42) to submit an amicus brief is **GRANTED**.  No later than **MAY 21, 2021**, the ASTA may submit an amicus brief.  The motion (Doc. 50) to reply is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on May 18, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE