UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                        CASE NO. 8:21-cv-839-T-23AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

## ORDER

Explaining that "it is not practicable for the parties to bring representatives with full settlement authority," the parties move jointly (Doc. 55) for an exception to the attendance requirement described in the May 18, 2021 mediation order. The motion is **GRANTED**, and the parties are exempted from bringing to mediation a representative with full settlement authority.

Also, the plaintiff announces (Doc. 58) that "the parties have scheduled mediation before Joseph H. Varner III, . . . beginning at 9:30 a.m. on May 27, 2021." Although the parties are still committed to mediation on **MAY 27, 2021, at 9:30 a.m.**, unforeseen circumstances require a substitution of the mediator. Instead of participating in mediation before Joseph H. Varner, the parties must participate before **Magistrate Judge Anthony Porcelli**, Courtroom 10A, United States

Courthouse, 801 North Florida Avenue, Tampa, Florida.  The parties are otherwise directed to comply with the May 18, 2021 mediation order.

ORDERED in Tampa, Florida, on May 21, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE