UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>XAVIER BECERRA, Secretary of the Dep't of Health and Human Services, *et al.*,<br><br>　　　　Defendant. | Case No. 8:21-cv-839-SDM-AAS |

**SUPPLEMENTAL DECLARATION OF CAPTAIN AIMEE TREFILETTI
DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR DISEASE CONTROL AND PREVENTION**

I, Aimee Treffiletti, declare as follows:

1) I have been leading the CDC Maritime Unit in support of CDC's COVID-19 response on cruise ships since April 15, 2020. I am submitting this supplemental declaration in support of the Defendants in the above-captioned case.

2) As of June 4, 2021, CDC's Maritime Unit has received port agreements from cruise ship operators representing 6 brands: Bahamas Paradise Cruise Line, Celebrity Cruises, Royal Caribbean International, MSC Cruises, Carnival Cruise Lines, and Disney Cruise Lines. These port agreements collectively cover 28 vessels at 5 ports of call: Port of Palm Beach, Port Everglades, Port of Miami, Port Canaveral, and Port

- 1 -

of Galveston. Port agreements for 22 of these vessels have been approved by CDC's Maritime Unit as meeting the requirements of the Framework for Conditional Sailing (CSO) and port agreements for 6 vessels are currently under review. Three vessels have been approved for more than one port.

3)   As of June 4, 2021, CDC's Maritime Unit has received 11 requests from cruise ship operators to conduct simulated voyages under the CSO for the following ships: *Freedom of the Seas*, *Odyssey of the Seas*, *Disney Dream*, *Grand Classica*, *Carnival Vista*, *Carnival Horizon*, *Mariner of the Seas*, *Symphony of the Seas*, *Allure of the Seas*, *Independence of the Seas*, and *MSC Meraviglia*. The Maritime Unit has communicated to Royal Caribbean International that it will approve the request for the *Odyssey of the Seas* to conduct a simulated voyage once it receives confirmation that crew were tested at a shoreside laboratory meeting the standards of the Clinical Laboratory Improvement Act as per the terms of the CSO. The Maritime Unit has communicated to Bahamas Paradise Cruise Line that it will approve the request for the *Grand Classica* to conduct a simulated voyage once it receives confirmation that a laboratory instrument and assay have been installed onboard and crew were tested at a shoreside laboratory meeting the standards of the Clinical Laboratory Improvement Act as per the terms of the CSO. The other nine requests for simulated voyages have been approved for the following ships and dates:

- *Freedom of the Seas* on June 20, 2021;
- *Disney Dream* on June 29, 2021;

- *Carnival Vista* on June 20, 2021;

- *Carnival Horizon* on June 21, 2021;

- *Mariner of the Seas* on August 11, 2021;

- *Symphony of the Seas* on August 1, 2021;

- *Allure of the Seas* on July 27, 2021;

- *Independence of the Seas* on August 1, 2021; and

- *MSC Meraviglia* on July 17, 2021.

4) As of June 4, 2021, CDC's Maritime Unit has received two applications for a COVID-19 Conditional Sailing Certificate as per the terms of the CSO. The Maritime Unit has provisionally approved[1] the applications submitted for both the *Celebrity Edge* and *Celebrity Equinox* to commence operations out of Port Everglades. The *Celebrity Edge* is approved to commence operations as early as June 26, 2021. The *Celebrity Equinox* is approved to commence operations as early as July 25, 2021.

5) The CDC continues to consult with and provide technical assistance to the cruise ship operators and update its technical instructions under the CSO to reflect the current state of the pandemic. This includes updates to the COVID-19 Operations Manual for Simulated and Restricted Voyages that were made on May 14, May 18, and May 26, 2021;[2] revisions to the Technical Instructions for

---

[1] The *Celebrity Edge* and *Celebrity Equinox* have been asked to provide CDC with a copy of the United States Coast Guard Certificate of Inspection issued in accordance with 46 CFR § 2.01-5 prior to commencing restricted passenger voyages.

[2] https://www.cdc.gov/quarantine/cruise/covid19-operations-manual-cso.html (accessed June 4, 2021)

Mitigation of COVID-19 Among Cruise Ship Crew made on May 14 and June 4, 2021;[3] updates to the Technical Instructions for Simulated Voyages by Cruise Ship Operators under CDC's Framework for Conditional Sailing Order made on May 14 and June 4, 2021;[4] and revisions to the Cruise Ship Color Status made on June 4, 2021.[5] Each of these updates and revisions were made to align with changes in CDC guidance or based on information gathered from individual cruise lines during twice-weekly industry and U.S. government interagency calls. These updates and revisions have reduced burdens or alleviated restrictions on cruise lines to better reflect the improved public health situation, including increasing U.S. vaccination rates and decreasing U.S. deaths and case counts.

6) In accordance with 28 U.S.C. § 1746, I declare, under penalty of perjury, that the above information is true and correct to the best of my knowledge and belief.

Signed this 4th day of June 2021.

_____

Aimee Treffiletti, MPH, REHS (CAPT, USPHS)
Maritime Unit
Global Migration Task Force
Centers for Disease Control and Prevention

---

[3] https://www.cdc.gov/quarantine/cruise/management/technical-instructions-for-cruise-ships.html (accessed June 4, 2021)
[4] https://www.cdc.gov/quarantine/cruise/ti-simulated-voyages-cso.html (accessed June 4, 2021)
[5] https://www.cdc.gov/coronavirus/2019-ncov/travelers/crew-disembarkations-commercial-travel.html (accessed June 4, 2021)