UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the Dep't of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 8:21-cv-839-SDM-AAS |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Defendants, Xavier Becerra, Secretary of Health and Human Services ("HHS"); the HHS; Rochelle Walensky, director of the Centers for Disease Control and Prevention ("CDC"); the CDC; and the United States America; by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request an approximately 2-week extension of time to answer or otherwise respond to Plaintiff's Complaint, up through and including July 1, 2021. Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this motion. In support of this motion, Defendants submit the following:

1. On April 8, 2021, Plaintiff filed a Complaint against Defendants in the nature of a petition for judicial review of a CDC order issued on October 31, 2020. ECF No. 1. A summons was issued to Defendants the same day. ECF No. 3.

1

2. Service was effectuated upon the United States attorney on April 13, 2021.

3. The original deadline for Defendants to respond to the Complaint is June 14, 2021.

4. On April 20, 2021, the State of Alaska moved to intervene in this case. ECF No. 8.

5. On April 22, 2021, Plaintiff moved for a preliminary injunction. Defendants filed a brief in opposition on May 5, 2021.

6. On May 5, 2021, the State of Texas moved to intervene in this case. ECF No. 26.

7. On May 12, 2021, the Court held a hearing on Defendants' motion for a preliminary injunction. ECF No. 44. The hearing lasted for three hours and 49 minutes over the course of approximately six hours. *Id*.

8. On May 18, 2021, the Court ordered the parties to mediation. ECF Nos. 51 52.

9. On May 19, 2021, Defendants submitted a memorandum in opposition to Texas's motion to intervene. ECF No. 57.

10. On May 27, 2021, a court-ordered mediation session was held before Magistrate Judge Anthony E. Porcelli. The mediation session was continued after May 27, 2021. ECF No. 66.

11. On June 2, 2021, the State of Alaska filed an amended motion to intervene. ECF No. 68.

12. On June 4, 2021, this Court granted Defendants' motion for leave to file a supplemental memorandum in opposition to Plaintiff's motion for a preliminary injunction in light of supplemental authority and additional administrative developments before the CDC. ECF No. 70. Defendants filed their supplemental memorandum on June 7, 2021. ECF No. 72. The Court has scheduled an additional hearing on June 10, 2021. ECF No. 71.

13. Defendants' response to the State of Alaska's intervention motion is due June 9, 2021. *See* ECF No. 61. Defendants have been diligently preparing a response.

14. Defendants have already expended a substantial amount of time and resources responding to Plaintiff's motion for a preliminary injunction, participating in court-ordered mediation sessions, and responding to intervention motions filed by the States of Alaska and Texas, as well as other ancillary matters. Substantial activity has occurred in this case between the time that Plaintiff filed the Complaint and June 14, 2021, and Defendants need a short extension of time in order to complete the response, particularly in light of the press of other business.

15. The time for Defendants to respond has not yet expired.

16. This motion is not being made for the purpose of delay, but is made based upon current assignments and the need for time to file a response.

THEREFORE, Defendants respectfully request that the Court issue an order extending the time to file an answer or otherwise respond to the Complaint up to and including July 1, 2021.

### Local Rule 3.01(g) Certification

Undersigned counsel conferred with counsel for the State of Florida by email on June 8, 2021. Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

Dated: June 8, 2021                         Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Federal Programs Branch, Civil Division

*s/ Amy E. Powell*
AMY ELIZABETH POWELL
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L. Street, NW
Washington, DC 20530
Phone: 202-514-4964

Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*