## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:21-cv-839-SDM-AAS | **DATE:** June 10, 2021 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM: 15A** |
| **STATE OF FLORIDA,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; The UNITED STATES OF AMERICA,**<br><br>Defendants. | **PLAINTIFF'S COUNSEL**<br>James Percival<br>Jason Hilborn<br>John Guard<br><br><br><br>**DEFENSE COUNSEL**<br>Amy Powell |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 10:07 a.m.–11:03 a.m.<br>     11:18 a.m.–12:01 p.m.<br>     1:19 p.m.–2:34 p.m. | **TOTAL:** 2 hours, 54 minutes |

**PROCEEDINGS: HEARING RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. 9)**

- Court in session.

- All parties are present in the courtroom and identified for the record.

- The Court addresses, with plaintiff's counsel, a statement from the Governor's office regarding the mediation.

- The plaintiff argues their response to defendants' supplemental brief (Doc. 82).

- Defense counsel argues their supplemental brief (Doc. 72).

- Order to follow

- Hearing concluded