**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.** | 8:21-cv-839-SDM-AAS | **DATE:** | May 29, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **STATE OF FLORIDA**<br>　　　　Plaintiff,<br>v.<br>**XAVIER BECERRA et al**<br>　　　　Defendant | | **PLAINTIFF'S COUNSEL**<br>James Percival and Anita Patel | |
| | | **DEFENSE COUNSEL**<br>Amy Powell | |
| **COURT REPORTER:** | N/A | **DEPUTY CLERK:** | Lynne Vito |
| **TOTAL:** 2 hours | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   SETTLEMENT CONFERENCE HELD

Settlement discussions are to be continued to June 1, 2021