**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO. | 8:21-cv-839-SDM-AAS | DATE: | June 1, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **STATE OF FLORIDA**    Plaintiff, v.  **XAVIER BECERRA et al**    Defendant | | **PLAINTIFF'S COUNSEL** James Percival and Anita Patel | |
| | | **DEFENSE COUNSEL** Amy Powell | |
| **COURT REPORTER:** | N/A | **DEPUTY CLERK:** | Lynne Vito |
| **TOTAL:** 9.30 hours | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    SETTLEMENT CONFERENCE HELD

Settlement discussions to be continued.