**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO. | 8:21-cv-839-SDM-AAS | DATE: | June 10, 2021 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **STATE OF FLORIDA**<br>            Plaintiff,<br>v.<br>**XAVIER BECERRA et al**<br>            Defendant | | **PLAINTIFF'S COUNSEL**<br>James Percival and Anita Patel | |
| | | **DEFENSE COUNSEL**<br>Amy Powell | |
| **COURT REPORTER:** | N/A | **DEPUTY CLERK:** | Lynne Vito |
| **TOTAL:** 7.30 hours | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   SETTLEMENT CONFERENCE HELD

Settlement discussions to be continued.