# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

    v.                                    Case No. 8:21-cv-00839-SDM-AAS

XAVIER BECERRA, Secretary of
Health and Human Services, in his
official capacity, *et al.*,

    *Defendants*.
_____/

## JOINT NOTICE REGARDING CASE MANAGEMENT REPORT

The parties hereby jointly file this notice regarding Local Rule 3.02:

1)    Rule 3.02 provides that, absent an applicable exception, cases against the United States or its agencies or employees require a case management report within seventy days after service on the United States attorney.

2)    Here, the United States attorney was served on or about April 12, 2021 making the deadline to file any required case management report on or about June 21, 2021.

3)    In this district, "an action for review on an administrative record" is exempt from case management requirements. *See* Local Rule 3.02(d)(2); *see also* Fed. R. Civ. P. 26(a)(1)(B)(i) (exempting "an action for review on an

administrative record" from initial disclosure obligations); Fed. R. Civ. P. 26(f)(1)–(3) (exempting such actions from the requirement to confer and develop a proposed discovery plan).

4) The parties conferred by telephone on June 18, 2021. The parties agree that this case is likely to focus on the administrative record. They disagree, however, as to whether this case is categorically exempt from Local Rule 3.02. Florida's position is that, at a minimum, Count 5 of its Complaint falls outside of Rule 3.02(d)(2). Defendants disagree with that, relying on, among other authorities, 5 U.S.C. § 706(2)(B), (C) (providing for APA review of constitutional and statutory-authority claims).

5) For the time being, Florida has agreed to treat the case as exempt from Rule 3.02, but reserves the right to revisit its need for discovery as the case develops. Defendants reserve their right to oppose future requests for discovery and would rely on, for example, *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 742 (1985) (in APA cases, "the focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court").

Respectfully submitted,

| | |
|---|---|
| Ashley Moody<br>ATTORNEY GENERAL | Brian D. Netter<br>DEPUTY ASSISTANT ATTORNEY GENERAL |
| John Guard<br>CHIEF DEPUTY ATTORNEY GENERAL | Eric Beckenhauer<br>ASSISTANT BRANCH DIRECTOR |
| James H. Percival<br>Deputy Attorney General | /s/ *Amy Powell*<br>Amy Elizabeth Powell |
| Jason Hilborn<br>Assistant Solicitor General | Senior Trial Counsel<br>Federal Programs Branch<br>Civil Division |
| /s/ *Anita Patel*<br>Anita J. Patel (FBN 0070214)<br>Senior Assistant Attorney General<br>Complex Litigation | Department of Justice<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC 27601<br>Phone: 919-856-4013<br>Email: amy.powell@usdoj.gov |
| Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>850-414-3300<br>james.percival@myfloridalegal.com<br>anita.patel@myfloridalegal.com<br>Counsel for the State of Florida | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of June, 2021 a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ *Anita Patel*
Anita Patel