UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>      Plaintiff,<br><br>      v.<br><br>XAVIER BECERRA, Secretary of the Dep't of Health and Human Services, *et al.*,<br><br>      Defendants. | Case No. 8:21-cv-839-SDM-AAS |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants (Xavier Becerra, Secretary of Health and Human Services; Rochelle Walensky, director of the Centers for Disease Control and Prevention ("CDC"); the CDC; and the United States of America) hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order dated June 18, 2021, ECF No. 91.

Dated: July 6, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Federal Programs Branch, Civil Division

*s/ Amy E. Powell*
AMY ELIZABETH POWELL
Senior Trial Counsel

1

Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L. Street, NW
Washington, DC 20530
Phone: 202-514-4964
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*