UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                  CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____

### ORDER

    Alaska and Texas move (Docs. 26, 68) to intervene as plaintiffs in this action by Florida. The defendants oppose (Docs. 57, 83) the motions to intervene. Also pending are (1) an appeal from a preliminary injunction (Doc. 91) in favor of Florida and (2) the defendants' motion in the circuit court of appeals to review the district court's denial of a motion to stay the preliminary injunction. Due to the pendency of both the appeal and the motion to review denial of the stay, resolution of the motions to intervene is **DEFERRED** temporarily. However, nothing in this order disapproves or discourages either Texas or Alaska from moving to appear *amicus curiae* on any issue in the district court or in the circuit court of appeals.

    ORDERED in Tampa, Florida, on July 8, 2021.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE