UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>  Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA, Secretary of the Dep't of Health and Human Services, *et al.*,<br><br>  Defendants. | Case No. 8:21-cv-839-SDM-AAS |

**DEFENDANTS' UNOPPOSED THIRD MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINT**

Defendants, Xavier Becerra, Secretary of Health and Human Services ("HHS"); HHS; Rochelle Walensky, director of the Centers for Disease Control and Prevention ("CDC"); the CDC; and the United States America, by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully request an approximately three-week extension of time, until August 12, 2021, to answer or otherwise respond to Plaintiff's Complaint. Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose the relief requested, as set forth in the certification below. In support of this motion, Defendants submit the following:

1. On April 8, 2021, Plaintiff filed a Complaint against Defendants seeking judicial review of a CDC order issued on October 31, 2020. ECF No. 1. The

1

United States attorney was served on April 13, 2021. The original deadline for Defendants to respond to the Complaint was June 14, 2021.

2. Defendants previously moved to extend that deadline twice. Defendants first moved to extend the deadline for two weeks, in consideration of the time spent on the intervening litigation over the motion for a preliminary injunction and motions for intervention, as well as time spent in mediation. *See* ECF No. 73. On June 8, 2021, the Court granted that motion, such that Defendants had until July 1, 2021 to respond to the Complaint. ECF No. 81. Defendants filed a second motion to extend the deadline to respond to the Complaint in light of the need to consider the intervening lengthy opinion from the Court on the preliminary injunction, and make decisions regarding appeal or other options. ECF No. 93. This second motion was opposed in part; the Court adopted neither party's proposed schedule but granted a three-week extension such that Defendants' response to the Complaint is currently due July 22, 2021. ECF No. 94.

3. Since that extension was granted, the parties have been actively litigating this matter. Defendants filed a Notice of Appeal and a motion to stay the injunction in this Court. ECF Nos. 95, 96. The Court denied the motion. ECF No. 98. Defendants also filed a motion to stay the injunction in the Eleventh Circuit Court of Appeals, and the Court of Appeals has not yet ruled.

4. This request is supported by good cause. Defendants seek additional time to respond to the Complaint in light of the ongoing litigation in the Court of Appeals, as well as overlapping deadlines in other matters.[1] Moreover, Defendants' response to the Complaint will need to take into account the Court's lengthy preliminary-injunction order, which addresses several novel issues, as well as any decision issued by the Court of Appeals, which would likely inform next steps.

THEREFORE, Defendants respectfully request that the Court extend the time to file an answer or otherwise respond to the Complaint until August 12, 2021.

### Local Rule 3.01(g) Certification

Undersigned counsel conferred with counsel for the State of Florida by email on July 15 and 16, 2021. Plaintiff's counsel indicated that Florida consents to the relief requested here.

Dated: July 16, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Federal Programs Branch, Civil Division

*s/ Amy E. Powell*
AMY ELIZABETH POWELL
Senior Trial Counsel
Federal Programs Branch

---

[1] In addition, undersigned lead counsel will be away from the office due to a long-planned vacation from July 19 to 23, 2021.

3

Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L. Street, NW
Washington, DC 20530
Phone: 202-514-4964
Email: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*