IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  21-12243-D

_____

STATE OF FLORIDA,

Plaintiff - Appellee,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
HEALTH AND HUMAN SERVICES,
DIRECTOR OF THE CENTERS FOR DISEASE CONTROL AND PREVENTION,
CENTER FOR DISEASE CONTROL AND PREVENTION,
UNITED STATES OF AMERICA,

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before:  WILSON, JILL PRYOR, and BRANCH, Circuit Judges.

BY THE COURT:

Before the Court is Appellants' "Time-Sensitive Motion for Stay Pending Appeal and Administrative Stay."  The motion is GRANTED, as Appellants have made the requisite showing.  *See Nken v. Holder*, 556 U.S. 418, 434 (2009).  One judge dissents; opinions will follow.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 17, 2021

Eric Boone Beckenhauer
U.S. Department of Justice
Civil Division
20 MASSACHUSETTS AVE NW
WASHINGTON, DC 20530

Liam C. Holland
U.S. Department of Justice
Civil Division
1100 L ST NW
WASHINGTON, DC 20005

Alisa Beth Klein
U.S. Attorney General's Office
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

Peter N. Lobasso
American Society of Travel Advisors
675 N WASHINGTON ST STE 490
ALEXANDRIA, VA 22314-1940

Brian David Netter
U.S. Department of Justice
Civil Division, Appellate Staff
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

U.S. Attorney Service - Middle District of Florida
U.S. Attorney's Office
400 N TAMPA ST STE 3200
TAMPA, FL 33602

Appeal Number:  21-12243-D
Case Style:  State of Florida v. Secretary, Department of Health and Human Services, et al
District Court Docket No:  8:21-cv-00839-SDM-AAS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The following action has been taken in the referenced case:

The requesting party must file a written status report, indicating whether the abatement should continue, on the 15th day of each month, commencing next month. If such reports are not filed in a timely manner, the case will be reinstated to the active docket.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D/dbs
Phone #: (404) 335-6189

MOT-2 Notice of Court Action