IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12243-D

_____

STATE OF FLORIDA,

                                               Plaintiff - Appellee,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
HEALTH AND HUMAN SERVICES,
DIRECTOR OF THE CENTERS FOR DISEASE CONTROL AND PREVENTION,
CENTERS FOR DISEASE CONTROL AND PREVENTION,
UNITED STATES OF AMERICA,

                                               Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Middle District of Florida

_____

BEFORE:  WILSON, JILL PRYOR and BRANCH, Circuit Judges.

PER CURIAM:

      The panel *sua sponte* VACATES its order of July 17, 2021, and substitutes the following order in its place:

The appellants' "Time-Sensitive Motion for Stay Pending Appeal and Administrative Stay" is DENIED because appellants failed to demonstrate an entitlement to a stay pending appeal. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).