

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention

July 23, 2021

Dear Cruise Industry Colleagues,

As you are aware, the Conditional Sailing Order (CSO) specifies public health measures onboard cruise ships including screening and diagnostic testing of passengers and crew; emergency response plans relating to medical and housing capacity for isolation and quarantine; simulated voyages to test the cruise ship operator's health and safety protocols;[1] and a certification process for ships that meet CDC's requirements for safer sailing.

As per the Preliminary Injunction Order, entered by the U.S. District Court for the Middle District of Florida on June 18, 2021, and the U.S. Court of Appeals for the Eleventh Circuit's Order of July 23, 2021, *sua sponte* vacating its previous order of July 17, 2021, and denying appellants' "Time-Sensitive Motion for Stay Pending Appeal and Administrative Stay," the CSO and accompanying measures, such as technical instructions, are currently nonbinding recommendations for cruise ships arriving in, located within, or departing from a port in Florida. However, CDC will continue to operate the CSO as a voluntary program for such ships.

Accordingly, cruise ship operators are requested to inform the CDC Maritime Unit of any ships operating out of Florida ports that will continue to follow all of the CSO's provisions on a voluntary basis. Please email this information to eocevent349@cdc.gov by **5:00 PM EDT on July 26, 2021**. The CDC Maritime Unit will consider any ships operating out of Florida ports as choosing to not follow the CSO's provisions on a voluntary basis for which a response is not received by this deadline.

For ships operating out of Florida ports and choosing to not follow the CSO's provisions on a voluntary basis, the following requirements – which are necessary to protect the public's health, and which remain unaffected by the Preliminary Injunction Order –immediately apply:

- Ships must report individual cases of illness or death,[2] including COVID-19 cases, to the CDC Quarantine Station per 42 CFR §§ 71.21, 71.35.
- Ships remain subject to inspection under 42 CFR § 71.31(a) to prevent the introduction, transmission, or spread of communicable diseases; this includes, for example, inspections when the ship has on board individuals reportable under 42 CFR § 71.21.

---

[1] In lieu of conducting a simulated voyage, cruise ship operator responsible officials, at their discretion, may sign and submit to CDC an attestation under 18 U.S.C. § 1001 that 95 percent of crew (excluding any newly embarking crew in quarantine) are fully vaccinated and submit to CDC a clear and specific vaccination plan and timeline to limit cruise ship sailings to 95 percent of passengers who have been confirmed by the cruise ship operator as fully vaccinated prior to sailing.

[2] Cruise ship operators are also advised to report COVID-like illness to the quarantine station.

- If sanitary measures are required under 42 CFR part 71 to prevent the introduction, transmission, or spread of communicable diseases, CDC may detain the ship under 42 CFR §§ 71.31(b), 71.32(b), pending the completion of such measures.
- Under CDC's color-coding system, ships choosing to not follow the CSO's provisions on a voluntary basis will be designated as "Gray." This means that CDC cannot confirm that the cruise ship operator's health and safety protocols align with CDC's standards for protecting passengers, crew, port personnel, and communities against the public health risks posed by COVID-19.
- Because CDC cannot confirm that the cruise ship operator's health and safety protocols align with CDC's standards, CDC will cease its exercise of enforcement discretion concerning the requirements of CDC's [Mask Order](#) for ships choosing to not follow the CSO's provisions. Accordingly, like other conveyances, these ships will immediately be required to comply with the requirements of CDC's [Mask Order](#). For more information about this Order and Frequently Asked Questions, please see [Requirement for Face Masks on Public Transportation Conveyances and at Transportation Hubs](#).

CDC continues to believe that the CSO's public health measures—informed by the best available public health science and developed with input from cruise industry colleagues—represent the most effective way of continuing to protect the public's health. For that reason, CDC urges cruise ship operators to continue to follow the CSO's public health measures. Regardless, we are committed to continuing our partnership to ensure a safer and healthier sailing environment for your passengers and crew.

Sincerely,

*[signature]*

CAPT Aimee Treffiletti, USPHS
Maritime Unit
Global Migration Task Force