# EXHIBIT A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention

July 24, 2021

Dear Cruise Industry Colleagues,

As a follow up to the letter sent to cruise industry colleagues on July, 23, 2021, CDC is continuing to assess the ongoing COVID-19 public health situation, and is reevaluating the requirements of CDC's [Mask Order](#) as applied to cruise ships in light of the other public health measures cited in the July 23rd letter. As a result, at this time, we will continue to exercise enforcement discretion by not enforcing the requirements of CDC's [Mask Order](#) for ships arriving in, within, or departing from a port in Florida, regardless of whether or not the ship has chosen to follow the CDC's Conditional Sailing Order's public health measures on a voluntary basis. CDC will provide notice should it determine a change in position regarding this issue for ships arriving in, within, or departing from a port in Florida is necessary.

Sincerely,

*[signature]*

CAPT Aimee Treffiletti, USPHS
Maritime Unit
Global Migration Task Force