# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:21-cv-839-SDM-AAS | **DATE:** July 26, 2021 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM:** Video (Zoom) |
| **STATE OF FLORIDA,**<br><br>                **Plaintiff,**<br><br>State of Texas,<br>                Intervenor Plaintiff<br><br>**v.** | **PLAINTIFF'S COUNSEL**<br>James Percival<br>Jason Hilborn<br>Anita Patel<br><br>Kimberly Fuchs |
| **XAVIER BECERRA, Secretary of Health and Human Services, in his official capacity; HEALTH AND HUMAN SERVICES; ROCHELLE WALENSKY, Director of the Centers for Disease Control and Prevention, in her official capacity; CENTERS FOR DISEASE CONTROL AND PREVENTION; The UNITED STATES OF AMERICA,**<br><br>                **Defendants.** | **DEFENSE COUNSEL**<br>Amy Powell |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 12:01 p.m.–12:29 p.m. | **TOTAL:** 28 minutes |

**PROCEEDINGS: HEARING RE PLAINTIFF'S MOTION TO ENFORCE THE PRELIMINARY INJUNCTION (DOC. 108)**

- Court in session.

- All parties are present via video (Zoom) and identified for the record.

- Discussion held on the record regarding Florida's Emergency Motion to Enforce the Preliminary Injunction (Doc. 108) and the CDC Dear Colleague Letter (Doc. 108-1)

- Matter taken under advisement
- Order to follow
- Hearing concluded