UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                                                  CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

**ORDER**

    Texas's motion to intervene includes a proposed complaint (Doc. 26-1) that Texas requests "the court . . . accept and file." (Doc. 26 at 17) Because a July 29, 2021 order (Doc. 117) grants Texas's motion to intervene, no later than **AUGUST 4, 2021**, Texas must file the complaint ("accept[ing]" a complaint as "file[d]" confuses the reader of the docket). In accord with Local Rule 2.02(a), Texas's complaint must designate a lead counsel, which Local Rule 1.01(d)(9) defines as "the lawyer responsible to the court and the other parties for the conduct of the action, including scheduling."

    ORDERED in Tampa, Florida, on August 2, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE