UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

## ORDER

In accord with an August 2, 2021 order (Doc. 118), Texas submits an intervenor complaint (Doc. 119) and designates Ryan G. Kercher as lead counsel. Because Texas has intervened, Texas must join Florida and CDC in the ongoing mediation before Magistrate Judge Anthony Porcelli at a time and place ordered by Judge Porcelli and in accord with the terms (including confidentiality) of the earlier mediation order (Doc. 51). Not later than **AUGUST 9, 2021**, Ryan G. Kercher must call Judge Porcelli's courtroom deputy to obtain instructions for mediation.

ORDERED in Tampa, Florida, on August 5, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE