UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                        CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.
_____/

**ORDER**

    CDC's unopposed motion (Doc. 121) to extend the time within which to respond to Florida's complaint is **GRANTED**. No later than fourteen days after the mandate issues from the appeal of the preliminary injunction, CDC must respond to Florida's complaint.

    ORDERED in Tampa, Florida, on August 11, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE