# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 19, 2022

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 21-12243-DD
Case Style: State of Florida v. Secretary, Department of Health and Human Services, et al
District Court Docket No: 8:21-cv-00839-SDM-AAS

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/lt
Phone #: 404-335-6181

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-12243-DD

_____

STATE OF FLORIDA,

                                                   Plaintiff - Appellee,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES,
HEALTH AND HUMAN SERVICES,
DIRECTOR OF THE CENTERS FOR DISEASE CONTROL AND PREVENTION,
CENTER FOR DISEASE CONTROL AND PREVENTION,
UNITED STATES OF AMERICA,

                                                   Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to Appellants Center for Disease Control and Prevention, Director of the Centers for Disease Control and Prevention, Health and Human Services, Secretary, Department of Health and Human Services and USA's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective January 19, 2022.

                                       DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                      FOR THE COURT - BY DIRECTION