## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STATE OF FLORIDA,

    *Plaintiff,*

    v.       Case No. 8:21-cv-839-SDM-AAS

BECERRA, *et al.*,

    *Defendants.*

_____

## **NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Florida files this notice of dismissal. The challenged Conditional Sailing Order expired on January 15, 2022, the government has represented that it will not be renewed and has dismissed its appeal, and all parties agree that the case is moot.

1

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard
CHIEF DEPUTY ATTORNEY GENERAL

/s/ James H. Percival
James H. Percival* (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
*Lead Counsel

Jason H. Hilborn (FBN 1008829)
DEPUTY SOLICITOR GENERAL

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com
jason.hilborn@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ *James H. Percival*
James H. Percival