IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| STATE OF FLORIDA, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 8:21-CV-00839 |
| XAVIER BECERRA, et al., *Defendants*. | § § § | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, State of Texas (Intervenor) files this notice of dismissal without prejudice. On January 15, 2022, the Conditional Sailing Order at issue in the instant cause expired. Defendants have represented they will not renew the Conditional Sailing Order, and dismissed their appeal before the Eleventh Circuit. The Parties agree the case is moot. *See* Dkt. 132.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN COWLES
        Deputy Attorney General for Civil Litigation

THOMAS ALBRIGHT
Chief, General Litigation Division

 /s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistant Attorney General
GENERAL LITIGATION DIVISION
Ryan.Kercher@oag.texas.gov
Telephone: (512) 463-2120
Facsimile:  (512) 320-0667

KIMBERLY FUCHS
Texas Bar No. 24044140
Assistant Attorney General
ADMINISTRATIVE LAW DIVISION
Kimberly.Fuchs@oag.texas.gov
Telephone: (512) 475-4195
Facsimile:  (512) 320-0167

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548


LEWIS BRISBOIS BISGAARD & SMITH  LLP

DAVID S. HARVEY, JR.
Florida Bar Number: 0984043
401 East Jackson Street, Suite 3400
Tampa, Florida 33602
Phone:  813.739.1900;
Fax:  813.739.1919
Email: david.harvey@lewisbrisbois.com

ATTORNEYS FOR THE STATE OF TEXAS

2

## CERTIFICATE OF SERVICE

      I certify that on February 10, 2022 I electronically filed this Motion for Intervention with the Clerk of Court by using the CM/ECF system, which provides notice to all parties.

                                /s/ *David S. Harvey, Jr.*
                                DAVID S. HARVEY, JR.