UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                            CASE NO. 8:21-cv-839-SDM-AAS

XAVIER BECERRA, et al.,

    Defendants.

_____/

**ORDER**

In accord with Florida's notice (Doc. 132) and Texas's notice (Doc. 133), this action is **DISMISSED** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on February 15, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE